**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Suggestion Box, Inc., ) | No. CV-06-407-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Alberto Gonzales, in his official capacity) as Attorney General of the United States,) | |
| Defendant. ) | |

Plaintiff's complaint challenges the constitutionality of two provisions of the Communications Decency Act. 47 U.S.C. §§ 223(a)(1)(C), 233(a)(2). Plaintiff seeks declaratory and injunctive relief, contending that the challenged provisions are unconstitutional, both facially and as applied. Plaintiff has filed a motion for preliminary and permanent injunction (doc. 10) and defendant has filed a motion to dismiss (doc. 13). Neither of these motions is fully briefed.

The court now has before it plaintiff's motion to convene a three-judge panel (doc. 11), defendant's response (doc. 12), and a joint motion to suspend the briefing schedule (doc. 16).

Pursuant to the "expedited review" provision of the Communications Decency Act, Pub. L. 104-104, § 561, 110 Stat, 56 (1996), "any civil action challenging the constitutionality, on its face, of this [Act] . . . shall be heard by a district court of 3 judges

1   convened pursuant to the provisions of section 2284 of title 28, United States Code."
2   Although the defendant contends that plaintiff's challenge is really "as applied," he concedes
3   that a three-judge court should be convened. <u>Response</u> at 3. Because plaintiff's complaint
4   purports to challenge the facial constitutionality of the Act, we conclude that a three-judge
5   panel is required to determine the merits of plaintiff's claims.

6   **IT IS THEREFORE ORDERED GRANTING** plaintiff's motion to convene a
7   three-judge panel (doc. 11). **IT IS FURTHER ORDERED GRANTING** the joint motion
8   to suspend the briefing schedule (doc. 16). Plaintiff shall have until August 11, 2006 to file
9   its reply in support of its motion for preliminary and permanent injunction and response to
10  defendant's motion to dismiss. Defendant shall have until August 18, 2006 to file his reply
11  in support of his motion to dismiss.

12  By this order, and pursuant to 28 U.S.C. § 2284(b)(1), we ask Chief Judge Mary
13  Schroeder of the United States Court of Appeals for the Ninth Circuit to designate two other
14  judges, at least one of whom shall be a circuit judge, who, together with the undersigned, will
15  hear and decide this case.

16  DATED this 19th day of July, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge